## SNEAD v. THE STATE.

(Decided February 4th, 1915.)

APPEAL from Bullock Circuit Court.

Heard before Hon. M. SOLLIE.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Reversed and remanded on the authority of *Finnett v. The State, infra,* 67 South. 768.

---

## THE STATE v. NELSON.

(Decided December 17th, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

ROBERT C. BRICKELL, Attorney General and C. D. POWELL, for the State. ALLEN & BELL, for appellee.

PELHAM, P. J.—Appeal dismissed.

---

## TAYLOR v. THE STATE.

(Decided November 26th, 1914.)

APPEAL from Mobile City Court.

Heard before Hon. O. J. SEMMES.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

PELHAM, P. J.—No error and the case is affirmed.

---

## TURNER v. THE STATE.

(Decided December 15th, 1914.)

APPEAL from Tuscaloosa Circuit Court.

Heard before Hon. BERNARD HARWOOD.

FRED WALL, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed.